**Barnstable County Sheriff's Office**

I hereby certify and return that on **February 03, 2004 at 10:52 AM** I served a true and attested copy of Summons, Verified Complaint in Rem and in Personam, Plaintiff's Automatic Disclosure, Notice of Deposition, First Interrogatories and Request for Production of Documents, in hand to the within named Defendant, Walter N. Lewis III, at the last and usual abode to wit: 68 Danielle Street, Cotuit, MA 02635.

Fee:     $46.40

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA 02644

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _Massachusetts_

Ronald J. Doran and
Joan C. Doran
      V.

CAMMIE KENDRICK,
Official Number 105036,
its engines, tackle, equipment,
permits, and appurtenances,
in rem; and WALTER N. LEWIS III and
NICOLE M. LEWIS, in personam,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10168 DPW

TO: (Name and address of Defendant)

Walter N. Lewis III
68 Danielle Street
Cotuit, MA 02635

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Farrell, Jr.
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: JAN 26 2004