AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Ronald J. Doran and
Joan C. Doran

V.

CAMMIE KENDRICK,
Official Number 1050936,
its engines, tackle, equipment,
permits, and appurtenances,
in rem; and WALTER N. LEWIS III and
NICOLE M. LEWIS, in personam.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10168 DPW

TO: (Name and address of Defendant)

Nicole M. Lewis
68 Daniele Street
Cotuit, MA 02635

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Farrell, Jr.
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE JAN 26 2004



**Barnstable County Sheriff's Office**

I hereby certify and return that on February 03, 2004 at 10:52 AM I served a true and attested copy of Summons, Verified Complaint in Rem and in Personam, Plaintiff's Automatic Disclosure, Notice of Deposition, First Interrogatories and Request for Production of Documents, to the within named Defendant, Nicole M. Lewis III, by leaving at the last and usual abode to wit: 68 Danielle Street, Cotuit, MA 02635 and by mailing 1st class a copy of the summons to the Defendant at the stated address on February 03, 2004.

Fee: $20.00

William J. Dalton, Deputy Sheriff
PO Box 823, Forestdale, MA  02644

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date              *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.