UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN and JOAN C. DORAN,
    Plaintiffs,

v.

CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances, in rem; and WALTER N. LEWIS III and NICOLE M. LEWIS, in personam,
    Defendants.

In Admiralty

Civil Cause No. 04 10168 DPW

## APPLICATION FOR CLERK'S ENTRY OF DEFAULT

Plaintiffs Ronald J. Doran and Joan C. Doran apply to the Clerk pursuant to Fed. R. Civ. P. 55(a) for entry of default against in personam defendants Walter N. Lewis III and Nicole M. Lewis. As shown by the attached summonses, they were served on February 3, 2004 but the in personam defendants have failed to appear, answer, plead, or otherwise defend within twenty days as required.

RESPECTFULLY SUBMITTED this 24th day of February 2004.

DAVID J. FARRELL, JR.
Attorney for Plaintiffs

_[signature]_
BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121