UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN, ET AL.,
    Plaintiffs,

    v.                            CIVIL ACTION
                                  NO.04-10168-DPW

CAMMIE KENDRICK, Official Number
1050936, its engines, tackle,
equipment, permits, and appurtenances,
<u>in rem</u>, and WALTER N. LEWIS IIII and
NICOLE M. LEWIS, <u>in personam</u>,
    Defendants.

**NOTICE OF DEFAULT**

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the Defendants WALTER N. LEWIS III and NICOLE M LEWIS, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants WALTER N. LEWIS III and NICOLE M LEWIS, in personam, have been defaulted this date.

                                           BY THE COURT,

                                           <u>/s/ Rebecca Greenberg</u>
                                               Deputy Clerk

Dated: February 27, 2004