UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

RONALD J. DORAN and JOAN
C. DORAN,
      Plaintiffs,

v.

CAMMIE KENDRICK, Official
Number 1050936, its engines,
tackle, equipment, permits, and
appurtenances, in rem; and
WALTER N. LEWIS III and
NICOLE M. LEWIS, in personam,
      Defendants.

In Admiralty

Civil Cause No. 04 10168 DPW

## NOTICE OF ABSENCE FROM OFFICE

PLEASE TAKE NOTICE that plaintiffs' attorney, a sole practitioner, will be in Florida during school vacation March 15-19, 2004 but can be reached by cell phone (508) 237-2402. I will also monitor my office answering machine.

Conversations have been initiated by an attorney for in personam defendants which may culminate in payoff and release of the Vessel on or about March 22, 2004.

RESPECTFULLY SUBMITTED this 11th day of March 2004.

      DAVID J. FARRELL, JR.
      Attorney for Plaintiffs

      _____
      BBO #559847
      2355 Main Street
      P.O. Box 186
      S. Chatham, MA 02659
      (508) 432-2121

A courtesy copy was mailed to Thomas
C. Kenney, Esquire on 03/11/04.

David J. Farrell, Jr.

Admiralty Law Office of
## DAVID J. FARRELL, JR.
2355 Main Street
P.O. Box 186
S. Chatham, Massachusetts 02659

Office: (508) 432-2121
Fax: (508) 432-2334

Cell: (508) 237-2402
farrell@sealaw.org

March 11, 2004

Michelle Rynne, Docket Clerk
United States District Court
District of Massachusetts
Suite 2300
1 Courthouse Way
Boston, MA 02210

    Re: Doran v. CAMMIE KENDRICK and Lewis
        D. Mass. Civil Action No. 04 10168 DPW

Dear Ms. Rynne:

    Enclosed is a Notice of Absence from Office.

                            Very truly yours,

                            David J. Farrell, Jr.

Enclosure

cc. w/enc Thomas C. Kenny, Esquire