# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| COURT CASE NUMBER | 04 10168 DPW |
| PLAINTIFF | Doran |
| TYPE OF PROCESS | Admiralty Arrest |
| DEFENDANT | CAMMIE KENDRICK |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Fishing permits for CAMMIE KENDRICK (NMFS or Mass)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o defendant LEWIS, 68 Danielle Street, Cotuit, MA 02635

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David J. Farrell, Jr
P.O. Box 186
S. Chatham, MA

| | |
|---|---|
| Number of process to be served with this Form - 285 | warrant of arrest |
| Number of parties to be served in this case | just permits |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

If permits are not located aboard vessel in Provincetown, please arrest permits in possession of defendants Walter/Nicole Lewis at their residence listed above.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
David J Farrell Jr
TELEPHONE NUMBER: 508 432 2121 / 508 237 2402
DATE: 3/2/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/8/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Provincetown Marina wharf
Commercial Street
Provincetown, MA

Date of Service: 3/9/04   Time: 11:30 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| see | # USM-285 | | | | | |

REMARKS: 3/9/04 - seized fishing permits which were located on v/ssl "Cammie Kendrick" in Provincetown, MA

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN REM WARRANT OF ARREST**              CIVIL CAUSE NO. 04 10168 DPW

To the Marshal of the District of Massachusetts or his deputies:

**GREETINGS:**

**Whereas,** a Verified Complaint In Rem and In Personam has been filed in this Court entitled

Ronald J. Doran and Joan C. Doran, Plaintiffs
v.
CAMMIE KENDRICK, Official Number 1050936,
its engines, tackle, equipment, permits, and appurtenances, in rem; and
Walter N. Lewis, III and Nicole M. Lewis, in personam, Defendants

on January 23, 2004 upon an Admiralty and Maritime Claim praying that process issue for the arrest of the Vessel,

**You are therefore COMMANDED with all deliberate speed** to arrest the CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances in this District and to detain the same in your custody until further Order of this Court.

Dated at Boston, Massachusetts this 8th day of March 2004.

TONY ANASTAS, CLERK OF COURT

By: _Rebecca Greenberg_
Deputy Clerk

Deputy Clerk
(617) 748-9152

By: _____
Deputy Clerk

**Note:**   The claimant of the property arrested should consult Supplemental Rule C for Certain Admiralty and Maritime Claims pursuant to which this warrant is issued.