U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Doran | 04 10168 DPW |
| DEFENDANT | TYPE OF PROCESS |
| CAMMIE KENDRICK, O.N. 1050936 | Admiralty Arrest |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Tuna vessel CAMMIE KENDRICK in water

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Provincetown Marina wharf, off Commercial Street, just past MacMillan Wharf

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David J. Farrell, Jr.
P.O. Box 186
S. Chatham, MA 02659

| | |
|---|---|
| Number of process to be served with this Form - 285 | Warrant of arrest |
| Number of parties to be served in this case | just vessel |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Vessel should be berthed and available for arrest Tuesday March 9, 2004. Substitute Custodian James G Bennedetto will be present.

Signature of Attorney or other Originator requesting service on behalf of:
David J. Farrell, Jr.

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 508 432 2121 / 508 237 2402
DATE: 3/7/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/8/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 3/9/04    Time: 11:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 855.00 | 87.60 | — | 942.60 | | | |

REMARKS: 3/9/04 - Seized vessel "Cammie Kendrick" at Provincetown Marina wharf. Vessel transported to Barnstable Marine Service, the substitute custodian.

2 DUSM @ 9½ Hours

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)