UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN and JOAN
C. DORAN,
      Plaintiffs,

v.

CAMMIE KENDRICK, Official
Number 1050936, its engines,
tackle, equipment, permits, and
appurtenances, in rem; and
WALTER N. LEWIS III and
NICOLE M. LEWIS, in personam,
      Defendants.

In Admiralty

Civil Cause No. 04 10168 DPW

## SUMMARY JUDGMENT MOTION ADDENDUM

Plaintiffs' counsel was remiss to not better specify requested language for summary judgment in the pleadings filed March 26, 2004.

Plaintiffs respectfully request that they be awarded

> summary judgment for $70,298 as of March 26, 2004; plus $30/day storage and $28.94/day interest through the Marshal's sale; plus attorney's fees, costs, and in custodia legis expenses as might be subsequently itemized by plaintiffs and approved by the Court.

See Material Fact 9; Memorandum In Support at 3.

RESPECTFULLY SUBMITTED this 5th day of April 2004.

DAVID J. FARRELL, JR.
Attorney for Plaintiffs

*/s/ David J. Farrell, Jr.*
BBO #559847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121