# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## Civil Cause No. 04 10168 DPW

## NOTICE OF VESSEL SALE

**F/V CAMMIE KENDRICK, Official Number 1050936,
its engines, tackle, equipment, permits, and appurtenances.**

NOTICE is hereby given that pursuant to Court Order, the above Vessel, a 35 foot Duffy tuna boat, will be sold to the highest bidder at a public auction on Wednesday May 26, 2004 at 12:00 noon at Barnstable Marine Service.

Prospective bidders should consult 46 U.S.C. § 31329 and § 12102 to ensure their eligibility.

Any prospective bidder is authorized to make arrangements through the Substitute Custodian, Kate Plettner, Barnstable Marine Service, to visit, board, inspect, and survey the Vessel at reasonable times provided that is done at the sole expense and risk of the prospective bidder who shall sign a release holding the United States, the Marshal, and the Substitute Custodian harmless.

CONDITIONS: At the time of sale, the highest qualified bidder shall pay to the Marshal a cash deposit of at least 10% of the high bid in cash, bank check, or certified check with the balance due in similar form at a Confirmation Hearing to be scheduled by the Court, unless plaintiff is the high bidder.

For more information, contact Attorney David J. Farrell, Jr., P.O. Box 186, S. Chatham, MA  02659 at (508) 432-2121.

ANTHONY DICHIO
U.S. MARSHAL
DISTRICT OF MASSACHUSETTS