UNITED STATES DISTRICT COURT
DISTRICT COURT MASSACHUSETTS

**In Admiralty**

**Civil Cause No. 04-10168 DPW**

RONALD J. DORAN AND
JOAN C. DORAN

      Plaintiff/Creditor

VS.

CAMMIE KENDRICK, Official
Number 1050936, its engines, tackle,
Equipment, permits, and
appurtenances, in rem: and WALTER
N. LEWIS, III and NICOLE M. LEWIS,
in personam,

      Defendant/Debtor

**SUGGESTION OF BANKRUPTCY**

THIS PLEADING IS NOT INTENDED TO CONSTITUTE AN APPEARANCE FOR
THE DEBTOR, MERELY NOTIFICATION OF HIS BANKRUPTCY FILING

Now comes the Defendant, WALTER N. LEWIS, in the above-entitled matter, and suggests that he has filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court, Eastern District, Boston, Massachusetts, Case No. 04-13660-WCH. This Bankruptcy Petition was filed on May 3, 2004.

Wherefore, all matters are accordingly stayed pursuant to 11 U.S.C., §362 (a).

                                                    The Defendant/Debtor,
                                                    WALTER N. LEWIS, III
                                                    By His Attorneys,

                                                    Shaun M. Ellis, Esquire
                                                    BBO# 550913
                                                    Vicki L. Mitchell, Esquire
                                                    BBO# 550708
                                                    Merchant Square
                                                    P.O. Box 1048
                                                    Sandwich, MA  02563-1048
                                                    508-888-4094
                                                    508-833-3806(fax)

Date: May 20, 2004

**CERTIFICATE OF SERVICE**

I, Shaun M. Ellis, attorney for the Defendant, hereby certify that on May 20, 2004, I served a copy of foregoing Defendant's <u>Suggestion of Bankruptcy</u> to the below listed parties by sending a copy of same, postage prepaid to their respective addresses, or by fax. Please note that fax notice is sufficient under MLBR 5005-4 for notice of the filing of a Bankruptcy and invocation of the Federal Automatic Stay under 11 USC 362 (a).

Clerk for Civil Business
U.S. District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

David J. Farrell, Jr., Esq.
Law Office of David J. Farrell, Jr.
FOR: Ronald J. & Joan C. Doran
2355 Main Street
P.O. Box 186
S. Chatham, MA  02659

_____
Shaun M. Ellis, Esquire