UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN and JOAN C. DORAN,
    Plaintiffs,

v.

CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances, in rem; and WALTER N. LEWIS III and NICOLE M. LEWIS, in personam,
    Defendants.

In Admiralty

Civil Cause No. 04 10168 DPW

**AFFIDAVIT OF DAVID J. FARRELL, JR. IN SUPPORT OF
IN REM DEFAULT JUDGMENT**

DAVID J. FARRELL, JR., being first duly sworn, deposes and says:

1. I am plaintiffs' attorney in this lawsuit and have personal knowledge of the matters stated herein.

2. The in rem defendant is a vessel and therefore neither an incompetent person nor an infant nor serving in the military for the purposes of the Soldiers' and Sailors' Civil Relief Act.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 3rd day of June 2004 and filed by e-mail.

                         /s/ David J. Farrell, Jr.

COMMONWEALTH OF MASSACHUSETTS

Barnstable County, ss.                                          June 3, 2004

    Then appeared before me the above-named DAVID J. FARRELL, JR. known to me to be acting in the capacity claimed, and who, being duly sworn, stated that he wrote the foregoing document, that he was authorized to execute it, and that he executed it as his free act and deed.

                    /s/Lori J. Warren
                    Notary Public