UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN and JOAN C. DORAN,
    Plaintiffs,

v.

CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances, in rem; and WALTER N. LEWIS III and NICOLE M. LEWIS, in personam,
    Defendants.

In Admiralty

Civil Cause No. 04 10168 DPW

## IN REM DEFAULT JUDGMENT

Any person or entity claiming an interest in or right against the in rem defendant vessel CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances having failed to plead or otherwise defend in this action and their default having been entered pursuant to the Court's June 2, 2004 Order,

Now, upon application of plaintiffs and affidavits demonstrating that in rem defendant vessel owes plaintiffs the sum of $70,298 as of March 26, 2004; plus $30/day storage and $28.94/day interest through the Marshal's sale; plus attorney's fees, costs, and in custodia legis expenses as might be subsequently itemized by plaintiffs and approved by the Court and that in rem defendant vessel is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiffs recover from in rem defendant vessel the sum of $70,298 as of March 26, 2004; plus $30/day storage and $28.94/day interest through the Marshal's sale; plus attorney's fees, costs, and in custodia legis expenses as might be subsequently itemized by plaintiffs and approved by the Court.

_____
Deputy Clerk

Dated: _____