U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
IN CLERKS OFFICE
2004 JUN 18 P 2:35
U.S. DISTRICT COURT
DISTRICT OF MASS

PLAINTIFF: Doran
DEFENDANT: CAMMIE KENDRICK and Zeus,
COURT CASE NUMBER: 04 10168 DPW
TYPE OF PROCESS: Publishing

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boston Globe
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: Morrisey Blvd

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David J. Farrell, Jr.
P.O. Box 186
S. Chatham, MA 02659

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish court ordered Notice of Vessel Arrest once in Boston Globe on or about Tuesday April 6, 2004.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (508) 432-2424
DATE: 4/5/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk: Nancy Iadonare
Date: 4/5/04

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm
Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

REMARKS: "Notice of Arrest" published in the Boston Globe once (1) on Tuesday April 6, 2004. NT

PRIOR EDITIONS MAY BE USED          **1. CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD J. DORAN and JOAN C. DORAN,<br>Plaintiffs,<br><br>v.<br><br>CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances, in rem; and WALTER N. LEWIS III and NICOLE M. LEWIS, in personam,<br>Defendants. | In Admiralty<br><br>Civil Cause No. 04 10168 DPW |

### RENEWED EX PARTE MOTION FOR PUBLISHING NOTICE OF VESSEL ARREST

Plaintiffs Ronald J. Doran and Joan C. Doran, pursuant to Fed. R. Civ. P. Supp. Rule C(4) and C(6)(b), move that the Court order publishing of the attached Notice of Vessel Arrest once in The Boston Globe on or about April 6, 2004 assuming the Vessel has not been released by then.

A Memorandum in Support of (1) Renewed Ex Parte Motion for Publishing Notice of Vessel Arrest and (2) Plaintiffs' Ex Parte Motions for Summary Judgment and Sale of Vessel is filed herewith.

RESPECTFULLY SUBMITTED this 26th day of March 2004.

DAVID J. FARRELL, JR.
Attorney for Plaintiffs

*/signature/*
BBO #558847
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659
(508) 432-2121

# Boston Globe

**ADVERTISING INVOICE and STATEMENT**

| BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|
| 04/01/04 - 04/30/04 | U S MARSHALL SERVICES |

| TOTAL AMOUNT DUE | *UNAPPLIED AMOUNT | TERMS OF PAYMENT |
|---|---|---|
| 198.80 | 0.00 | Payable in full by MAY 30TH |

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| 198.80 | 0.00 | 0.00 | 0.00 |

| PAGE # | BILLING DATE |
|---|---|
| 1 | 04/30/2004 |

| BILLED ACCOUNT NUMBER |
|---|
| 3332599    UN |

**BILLED ACCOUNT NAME AND ADDRESS**
U S MARSHALL SERVICES
U.S. COURTHOUSE
1 COURTHOUSE WAY
SUITE 500
BOSTON    MA    02210

**REMITTANCE ADDRESS**
BOSTON GLOBE ADVERTISING
P.O. BOX 4074
WOBURN MA 01888-4074

000000198802 0033325994

**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE**

| DATE | NEWSPAPER REFERENCE | DESCRIPTION – OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| | | --- Current Activity --- | | | | |
| 04/06 | 42AV077 | VESSEL ARREST Classfd Legal Notices  *04-10168* | 2x 28  56 | 1  3.55 | | 198.80 |

If you have any questions or concerns about this invoice, please contact us immediately.
For billing questions including rates and contracts, call 617-929-2681.
For credit/collection questions, call 1-800-658-3768.
Visit our Web site at www.bostonglobe.com/services.

**STATEMENT OF ACCOUNT** AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | *UNAPPLIED AMOUNT | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 198.80 | 0.00 | 0.00 | 0.00 | 0.00 | 198.80 |

# The Boston Globe

*UNAPPLIED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

**ADVERTISER INFORMATION**

| BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|
| 04/01/04 - 04/30/04 | 3332599 | | |

Ad Number: 42av07700
Ad ID: vessel arrest
Classification: Legal Notices
Size:   2x28
Begin Date: 4/6/04
End Date: 4/6/04


*U.S. MARSHALL SERVICES*
*1 Courthouse Way*
*Suite 500*
*Boston, MA 02210*
*Attn: Nancy Talavera*


*For inquiries regarding billing, please call: 617-929-2681. To place an ad: 617-929-1500*

# The Boston Globe
## CERTIFIED

Below is your advertisement from **THE BOSTON GLOBE**, beginning 4/06/04 and ending 4/06/04 appearing 1 time(s) in Classification, Legal Notices.

*Thank you!*
**Boston Globe Advertising**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF VESSEL ARREST
CIVIL CAUSE NO. 04 10168 DPW

NOTICE is hereby given that a Verified Complaint in Rem and in Personam has been filed, Doran v. CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances, in rem (the "Vessel"), and Walter N. Lewis III and Nicole M. Lewis, in personam, for alleged non-payment of a First Preferred Mortgage.

PURSUANT to an In Rem Warrant of Arrest, the Vessel was arrested on March 9, 2004. Fed R Civ P. Supp. Rule C(6)(b) requires any person asserting an interest in or right against the Vessel to file a verified statement of right or interest on or before April 20, 2004 at the Clerk's Office, 1 Courthouse Way, Boston, MA 02210, and to serve an answer to the complaint on plaintiffs' attorney, David J. Farrell, Jr., P.O. Box 186, South Chatham, MA 02659 within 20 days after filing the statement of right or interest.

ANTHONY DICHIO
U.S. MARSHAL
DISTRICT OF MASSACHUSETTS