UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN, ET AL.,
    Plaintiffs,

v.                                      CIVIL ACTION
                                          NO.04-10168-DPW

CAMMIE KENDRICK, Official Number
1050936, its engines, tackle,
equipment, permits, and appurtenances,
*in rem*, and WALTER N. LEWIS IIII and
NICOLE M. LEWIS, *in personam*,
    Defendants.

## DEFAULT JUDGMENT

    Defendants Walter N. Lewis III and Nicole M. Lewis, *in personam*, having failed to plead or otherwise defend in this action and its default having been entered,

    Now, after a hearing this date, and upon application of plaintiffs and affidavits demonstrating that defendants owe plaintiffs the sum of $95,500; that defendants are not an infant or incompetent person or in the military service of the United States, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiffs recover from defendants, Walter N. Lewis III and Nicole M. Lewis, *in personam*, jointly or severally, the sum of $95,500.*

                                        /s/ Rebecca Greenberg
                                        Deputy Clerk

Dated: July 7, 2004

* An *in rem* default judgment against the vessel Cammie Kendrick and an Order confirming the Vessel Sale in the sum of $95,500 has issued this date, in conjunction with this Default Judgment.