UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN, ET AL.,
    Plaintiffs,

v.                                    CIVIL ACTION
                                          NO.04-10168-DPW

CAMMIE KENDRICK, Official Number
1050936, its engines, tackle,
equipment, permits, and appurtenances,
in rem, and WALTER N. LEWIS IIII and
NICOLE M. LEWIS, in personam,
    Defendants.

## *IN REM* DEFAULT JUDGMENT

WOODLOCK, District Judge

    Any person or entity claiming an interest or right against the *in rem* defendant vessel Cammie Kendrick, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances having failed to plead or otherwise defend in this action and their default having been entered, pursuant to the Court's June 2, 2004 Order,

    Now, after a hearing this date on the Plaintiffs' motion for Default Judgment, and upon application of plaintiffs and affidavits demonstrating that *in rem* defendant vessel owe plaintiffs the sum of $95,500.00 and that in rem defendant vessel is not an infant or incompetent person or in the military service of the United States, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiffs recover from in rem defendant vessel ninety five thousand and five hundred dollars (**$95,500.00).**

                                      /s/ Rebecca Greenberg
                                      Deputy Clerk

Dated: July 7, 2004