UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD J. DORAN, ET AL.,
    Plaintiffs,

v.                        CIVIL ACTION
                            NO.04-10168-DPW

CAMMIE KENDRICK, Official Number
1050936, its engines, tackle,
equipment, permits, and appurtenances,
in rem, and WALTER N. LEWIS IIII and
NICOLE M. LEWIS, in personam,
    Defendants.

**ORDER CONFIRMING VESSEL SALE**

WOODLOCK, District Judge

    This matter having come on for hearing following the United States Marshal's sale of in rem defendant vessel to plaintiffs Ronald J. Doran and Joan C. Doran, it is hereby ORDERED:

1.     That plaintiffs are awarded judgment against the in rem and in personam defendants, jointly and severally, in the amount of **$95,500.00;**

2.     That the sale of defendant vessel CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances to Ronald J. Doran and Joan C. Doran in the amount of their judgment is hereby confirmed; and

3.     That the Marshal is instructed to forthwith prepare and deliver to Ronald J. Doran and Joan C. Doran a Bill of Sale, USCG Form 1356, and any other documents required by the United States Coast Guard and National Marine Fisheries Service, conveying CAMMIE KENDRICK, Official Number 1050936, its engines, tackle, equipment, permits, and appurtenances to them, free and clear of any and all liens and encumbrances as provided by 46 U.S.C. §31326(a).

    DATED at Boston, Massachusetts this 7th day of July, 2004.

                                                    /s/ Douglas P. Woodlock
                                                    Hon. Douglas P. Woodlock
                                                    United States District Judge