U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Doran | COURT CASE NUMBER: CA 04 10168 DPW |
| DEFENDANT: CAMMIE KENDRICK, Official No. 1050936 | TYPE OF PROCESS: Publishing |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Boston Globe

AT   ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David J. Farrell, Jr.
P.O. Box 186
S. Chatham, MA 02659

| | |
|---|---|
| Number of process to be served with this Form - 285 | Notice of VSL Arrest |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please arrange publishing of enclosed NOTICE OF VESSEL ARREST on March 23, 2004 in The Boston Globe. Thank you.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 508 432-2121
DATE: 3/10/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 3/15/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service   Time   am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

Admiralty Law Office of
# DAVID J. FARRELL, JR.
2355 Main Street
P.O. Box 186
S. Chatham, MA 02659

Phone: 508.432.2121
Fax: 508.432.2334
Cell: 508.237.2402

farrell@sealaw.org

TO: Nancy Talavera, Civil Clerk
United States Marshals Service
Fax (617) 748-2539

FROM: David J. Farrell, Jr.

DATE: March 22, 2004

RE: Doran v. CAMMIE KENDRICK and Lewis
D. Mass. Civil Cause No. 04 10168 DPW

This confidential fax is 2 pages, including this cover sheet.

MESSAGE: Further to our telephone conversation on Friday, please do not publish the NOTICE OF VESSEL ARREST tomorrow in The Boston Globes because Judge Woodlock denied my ex parte motion to that effect on March 18. See attached order received by e-mail.

Thank you.

## David J. Farrell, Jr.

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Thursday, March 18, 2004 9:31 AM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:04-cv-10168-DPW Doran et al v. Cammie Kendrick et al "Order on Motion for Miscellaneous Relief"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Greenberg, Rebecca entered on 3/18/2004 at 9:30 AM EST and filed on 3/18/2004

Case Name: Doran et al v. Cammie Kendrick et al
Case Number: 1:04-cv-10168  https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?90363

Document Number:
Copy the URL address on the line below into the location bar of your Web browser to view the document:

Docket Text:
Judge Douglas P. Woodlock : Electronic ORDER entered denying [12] EX PARTE MOTION for publishing notice of vessel arrest by Joan C. Doran, Ronald J. Doran. The Motion is Denied. The Plaintiff must serve the in personam defendants directly. (Greenberg, Rebecca)

The following document(s) are associated with this transaction:


1:04-cv-10168 Notice will be electronically mailed to:
David J. Farrell                                          sealaw@cape.com


1:04-cv-10168 Notice will not be electronically mailed to:

1