**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Doran | 04 10168 DPW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CAMMIE KENDRICK | Publishing + Sale of Vessel |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Boston Globe

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Morrisey Blvd

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

David J. Farrell, Jr.
P.O. Box 186
S. Chatham, MA 02659

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish Notice of Vessel Sale (attached as last page to certified Order dated 6/2/04) once in Boston Globe Classified/Legal Notices section.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
David J. Farrell
TELEPHONE NUMBER: (508) 432-2121
DATE: 6/2/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 6/3/04

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
USM opened bids at → $90,500.00
NO SALE of Vessel

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/25/04    Time: 12:30 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $180.00 | $54.02 | — | $234.02 | | |

REMARKS:
Sale - 12:30 - No bidders. Attorney Farrell will submit information to Court prior to confirmation sale. Doran will assume ownership. (Bids @ DUSM opened at $90,500 no takers.)

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)



U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*

## USMS AUCTION

**VESSEL:**   F/V CAMMIE KENDRICK

**CASE #:**   CV-04-10168-DPW

**DATE:**   Friday, June 25, 2004

**TIME:**   12:00 pm    *Opening w/ $90,500.00*

**PLACE:**   Barnstable Marine Service

| | |
|---|---|
| 1st BIDDER'S NAME: | |
| ADDRESS: | |
| PHONE: | |
| BID AMOUNT: | $ |
| 2nd BIDDER'S NAME: | |
| ADDRESS: | |
| PHONE: | |
| BID AMOUNT: | $ |

*Handwritten across form: "NO Bidders"*

_____    6/25/04
USMS Signature                Date



## U. S. Department of Justice

United States Marshals Service

*District of Massachusetts*

*U.S. Courthouse*
*1 Courthouse Way, Suite # 1-500*
*Boston, Massachusetts 02210*

## USMS AUCTION

DATE:   Friday, June 25, 2004          CASE #:   CV-04-10168-DPW

NAMES OF POTENTIAL BUYERS RE; VESSEL NAME:   F/V CAMMIE KENDRICK

| Print name | address | telephone # |
|---|---|---|
| 1. Tracy Jorgensen | 259 Great Western Rd, So. Dennis, Mass | 508-760-5028 |
| 2. Chris Our | 24 Great Western Rd, Harwich, Mass | 508-432-053_ |
| 3. Jeff Perry | 51 Seameadow Dr., S. Dennis, Mass | 508-385-78__ |
| 4. Wayne Lamburghini | 43 Bluff Rd, Sagamore, Mass | 508-888-4216 |
| 5. Costa Andrades | 23 Curlew Way, Cotuit, Mass | 508-420-5727 |

6. 23 people showed
7. up at the sale.
8. The above 5 included.
9. 
10. 
11.